

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANCISCO TORRES, JOSE MUNIZ, EDUARDO MARTINEZ, RUBEN SOLANO, ANDRES LOPEZ, JORGE MENDOZA, JULIO CAMPOS, and IVAN CAMPOS, Individually and on Behalf of All Other Persons Similarly Situated,

                                 Plaintiffs,

- against -

160 BISTRO INC. d/b/a "Le Singe Vert," GEORGE FORGEOIS, and JOHN DOES #1-10,

                                 Defendants.

ECF Case

No. 11-cv-1880

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Francisco Torres, Jose Muniz, Eduardo Martinez, Ruben Solano, Andres Lopez, Jorge Mendoza, Julio Campos, and Ivan Campos (collectively "Plaintiffs") and 160 Bistro Inc. d/b/a "Le Singe Vert," George Forgeois (collectively "Defendants") hereby stipulate, by and through their counsel, that the claims asserted by Plaintiffs in the Complaint against Defendants shall be unconditionally dismissed with prejudice, and without costs or attorneys' fees to any party. This stipulation has no effect on the claims of the putative class members alleged in the complaint other than the Plaintiffs.

| LAW OFFICE OF WILLIAM COUDERT RAND | FOX ROTHSCHILD LLP |
|---|---|
| /s/ William C. Rand | /s/ Glenn S. Grindlinger |
| William C. Rand, Esq. | Glenn S. Grindlinger, Esq. |
| 228 East 45th Street, 17th Floor | 100 Park Avenue, Suite 1500 |
| New York, New York 10017 | New York, New York 10017 |
| (212) 286-1425 | (212) 878-7900 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

NY1 541041v1 09/16/11

SO ORDERED:

_____
Robert Sweet, U.S.D.J.

Dated: __11-21__, 2011
New York, New York

-12-